**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **RAFAEL ANDRES MENDEZ BLANQUE,** | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **Case No. CIV-26-2150-G** |
| **FRED FIGUEROA et al.,** | ) | |
| **Respondents.** | ) | |

## ORDER

On August 17, 2026, Petitioner Rafael Andres Mandez Blanque filed a Petition for Writ of Habeas Corpus (Doc. No. 1), challenging his detention by U.S. Immigration and Customs Enforcement pursuant to 28 U.S.C. § 2241. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Amanda L. Maxfield for preliminary review.

On October 30, 2026, Judge Maxfield issued a Report and Recommendation ("R. & R.," Doc. No. 12), in which she recommended that the Petition be denied. *See id.* at 4-5. In the R. & R., Judge Maxfield advised the parties of their right to object to the R. & R. by November 20, 2026. Judge Maxfield also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the R. & R.

As of this date, no party has submitted an objection to the R. & R. or requested additional time to do so.[1]

CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 12) is ADOPTED in its entirety. The Petition for Writ of Habeas Corpus (Doc. No. 1) is DENIED. A separate judgment shall be entered.

Petitioner's Motion (Doc. No. 2) is DENIED AS MOOT.

IT IS SO ORDERED this 25th day of November, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge

[1] The R. & R. was mailed to Petitioner at his address of record but returned as undeliverable. *See* Doc. No. 13.